UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL GREENE, and DEBBIE BERNIER, on behalf of E.G. their minor child, <br><br> Plaintiffs, <br><br> v. <br><br> NEW ENGLAND SUZUKI INSTITUTE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil No. 2:18-cv-00141-JAW |

## JUDGMENT

Pursuant to the Order on Motion to Dismiss entered by U.S. District

Judge, John A. Woodcock, Jr. on November 8, 2018,

JUDGMENT of dismissal without prejudice is hereby entered.


CHRISTA K. BERRY
CLERK


By:    /s/Susan Way
Deputy Clerk


Dated: November 8, 2018